IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATHAN COZART, #2271, | ) ) ) |
| Plaintiff, | ) No. 3:23-cv-00031 ) |
| v. | ) Judge Trauger ) Magistrate Judge Newbern |
| f/n/u DAWSON, | ) ) |
| Defendant. | ) |

## ORDER

Plaintiff Nathan Cozart, a pre-trial detainee in the custody of the Rutherford County Jail in Murfreesboro, Tennessee, filed a pro se complaint against f/n/u Dawson, alleging violations of the plaintiff's civil rights. (Doc. No. 1). The plaintiff also filed an Application for Leave for Proceed In Forma Pauperis. (Doc. No. 2).

The plaintiff's Application is incomplete. If seeking pauper status, a prisoner-plaintiff must provide a certified copy of his inmate trust fund account statement for the 6-month period immediately preceding the filing of his complaint as required by 28 U.S.C. § 1915(a)(2). The plaintiff has not submitted the required statement.

To proceed as a pauper, the plaintiff **MUST** submit the required statement within 30 days of entry of this order. The statement need not be notarized. The custodian of the inmate account should simply sign and date the statement and attach the supporting documents. If jail officials refuse to provide the needed statement, the plaintiff should submit in writing his attempts to obtain the needed statement (date he requested; to whom he requested it; what response, if any).

The plaintiff is warned that, if he does not comply with this order within the time specified, the court may deny his application to proceed in forma pauperis and/or dismiss this action.

1

The plaintiff may request an extension of time to comply with this order if he requests an extension in writing within 30 days of the date of entry of this order. *Floyd v. United States Postal Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superseded on other grounds by* Fed. R. App. P. 24.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge